UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,          <u>SATISFACTION OF JUDGMENT</u>

    -against-                                    Docket No. <u>CR-20-0556</u>
                                                     (Cogan, J.)
STEVEN KWESTEL,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $1,274,845.00, that is, restitution in the amount of $1,274,745.00, and a special assessment in the amount of $100.00, on May 26, 2022, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on June 9, 2022; and

WHEREAS, said judgment has been fully paid as to the defendant STEVEN KWESTEL;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant STEVEN KWESTEL.

Dated:      Brooklyn, New York
             August 24, 2022

                                                     BREON PEACE
                                                     United States Attorney
                                                     Eastern District of New York
                                                     271 Cadman Plaza East, 8th Fl.
                                                     Brooklyn, New York 11201

                               By:       _____
                                                     DANIEL G. SAAVEDRA
                                                     Assistant U.S. Attorney
                                                     (718) 254-6360